UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DELISA D. GRAFFIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14CV1486 SNLJ (JMB) |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen, filed August 11, 2015 (ECF #24). Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Bodenhausen. In the report, Magistrate Judge Bodenhausen recommends that the Court affirm the final decision of the Commissioner finding plaintiff no longer disabled and discontinuing her disability insurance benefits under Title II of the Social Security Act. The parties were given fourteen days to file written objections. Neither party has filed an objection to the recommendation and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs in the Report and Recommendation of the Magistrate Judge, and will affirm the decision of the Commissioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United

States Magistrate Judge John M. Bodenhausen (ECF #24) is **SUSTAINED, ADOPTED,**

**AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is

**AFFIRMED**, and plaintiff's complaint is **DISMISSED** with prejudice.  A separate

Judgment will accompany this Memorandum and Order.

Dated this 31st day of August, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE